IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JAMES C. WINDING, #K8115**                                                                 **PLAINTIFF**

**VERSUS**                                   **CIVIL ACTION NO. 5:08-cv-158-DCB-MTP**

**JEROLYN M. OWENS,**
**PAMELA ANDERS FERRINGTON,**
**KEVIN COLBERT, CRAIG GODBOLD,**
**DAVID READ AND RONNIE HARPER**                                              **DEFENDANTS**


FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. As reflected in the Memorandum Opinion and Order of the Court issued this day, Plaintiff's claims are not cognizable under 42 U.S.C. § 1983. Consequently, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), with prejudice, for failure to state a claim upon which relief may be granted.

Since this case is dismissed in accordance with the above mentioned provision of the Prison Litigation Reform Act, it will be counted as a "strike" pursuant to 28 U.S.C. § 1915(g).

SO ORDERED AND ADJUDGED, this the   23rd   day of April, 2008.


                                                  s/ David Bramlette
                                              UNITED STATES DISTRICT JUDGE